In re Petition for DISCIPLINARY AC-TION AGAINST Dylan J. McFAR-LAND, a Minnesota Attorney, Regis-tration No. 12543x.

No. C5–02–553.

Supreme Court of Minnesota.

May 15, 2003.

## ORDER

On October 16, 2002, this court suspend-ed respondent Dylan J. McFarland for 30 days. *In re McFarland,* 652 N.W.2d 536 (Minn.2002).

Respondent has filed an affidavit for reinstatement in which he states that he has complied with all conditions for rein-statement imposed in the October 16, 2002 order. The Director of the Office of Law-yers Professional Responsibility has filed an affidavit stating that to the best of the Director's knowledge, respondent has com-plied with all conditions of reinstatement, and that the Director does not oppose reinstatement.

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that re-spondent Dylan J. McFarland is reinstated to the practice of law effective immediate-ly.

BY THE COURT:

/s/Paul H. Anderson
Associate Justice